| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| CHARLES C. NORRIS, | Case No. 2:19-cv-01424-KJD-DJA |
| Plaintiff | ORDER |
| v. | |
| SHERIFF JOE LOMBARDO, et al., | |
| Defendants | |

**I. DISCUSSION**

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1). However, Plaintiff has neither paid the full filing fee for this matter nor filed a complete and proper application to proceed *in forma pauperis*. Plaintiff has provided a document he calls a "Motion to Proceed In Forma Pauperis" (ECF No. 1), but it is not on the proper form and does not include the required information. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must file a complete and proper application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.

As such, the Court will retain the Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until this matter is resolved. Plaintiff will be granted an opportunity to file a complete and proper application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*, including both an inmate account statement and a properly executed financial certificate.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 1) is denied without prejudice for the filing of a new application.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the

approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with <u>both</u> a properly executed financial certificate and the required inmate account statement in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED this 21st day of August 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE